"MADDI" Jeffrey Aaron Moore #337243
Name and Prisoner/Booking Number

Eyman Complex / SMU-1
Place of Confinement

P.O. Box 4000
Mailing Address

Florence, AZ 85132
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED    ☐ LODGED

**Jul 16 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

"MADDI" Jeffrey Aaron Moore          ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1) Jeff Wriggly    et. al          ,
(Full Name of Defendant)

(2) The Geo Group          ,

(3) Wellpath/CCS          ,

(4) Katie Hobbs          ,

                    Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-21-8159-PCT-DLR (MTM)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ADCRR - mostly at Kingman complex.

## B.  DEFENDANTS

1.  Name of first Defendant: _Jeff Wriggly_. The first Defendant is employed as: _Warden_ at _GEO_.
    (Position and Title)                        (Institution)

2.  Name of second Defendant: _The GEO Group_. The second Defendant is employed as: _Private Prison_ at _Hauchuca Unit_.
    (Position and Title)                        (Institution)

3.  Name of third Defendant: _Wellpath / CCS_. The third Defendant is employed as: _Medical Contractor_ at _Hauchuca_.
    (Position and Title)                        (Institution)

4.  Name of fourth Defendant: _Katie Hobbs_. The fourth Defendant is employed as: _Secretary of State_ at _Arizona_.
    (Position and Title)                        (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☑ Yes     ☐ No

2.  If yes, how many lawsuits have you filed? _40 +_. Describe the previous lawsuits:

    a.  First prior lawsuit:   _Refer to PACER — (no access to legal supplies)_
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## DEFENDANT'S CONT...

5) David Shinn — Director of ADCRR

6) Corizon — Medical provider for ADCRR

7) Jessica Flemming — Case Manager with GEO

8) Officer Ruyg — Security with GEO

9) Officer O'Malley — Security with GEO

10) Trinity — Food Contractor for ADCRR

11) Keefe — Commissary Contractor for ADCRR

12) David Andraska — PREA Auditor (Independent)

13) Unknown Prison/Medical Accrediting Body

14) Unknown Director of Social Security Administration.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

"MADDI" Jeffrey Aaron Moore,
         Plaintiff,
  ~vs~
Jeff Wriggly, et al;

No. _____
      (To be supplied by Clerk)

"Exception to 3-strikes"

My health/safety and life are at "grave" risks on many fronts.
For example, Kingman Complex would NOT allow me to take my pre-
scribed walker to a State yard when I transferred. I could NOT walk
to the Chow hall so was assigned to SMU-1, where my food would
be delivered, until my "new" walker arrives. (To save on costs ADCRR
waits for a certain quanity before placing the order). Because I
am NOT in "possession" of the walker, I do NOT qualify for an
ADA accessible cell/shower. This has lead to frequent falls
that are extremely painful (verified by medical). SMU-1 was out of
mattresses and forced me to sleep on a filthly steel plat-
form (not providing cleaning chemicals). I developed a painful/itchy
rash on my inner thighs - which has been spreading rapidly.
The doctor prescribed Clotrimazole cream (2x-14days) - to no
avail. Anti-fungal powder and pain relievers were added. Rash
spread to scrotum (tiny dark purple bumps - excruciating pain). The
doctor put me on some "horse-pill" to combat the effects.
Because of limited mobility I often have to crawl on the
floor (contributing to the fungus). Because of the substantial
bruises from falling, the doctor ordered me NOT to go
back to the shower (instead take a "bird bath"). She said it
would be easier to treat the fungus than suffer irrepareble
injuries from continued falls. She feels confident that the
rash was caught soon enough and with patience to
the current treatment, will be successful. In the meantime,
she hopes the order for the walker can be placed soon.
  Further, Department Order # 810 (2.5) REQUIRES that inmates



who identify as non-binary, be evaluated by the "Transgender/ Intersex Committee" prior to a housing assignment. Those members are specifically identified in section 1.1-1.5. I entered ADCRR in July of 2019 with a valid diagnosis of Gender Dysphoria. To date, I have not been approach (in person or in writing by ANY committee member) TOO, I have been fighting RELENTLESSLY for the past two years to be placed back on Hormone Therapy... Which has still NOT happened! This has adversely affected my body image and physical form, e.g. unusual displacement of body fat and uneven breast, skin has become more course, hair not as shiney ect... but especially has taken a toll on my mental health. I constantly fantasize of ways to self-castrate (hoping this will force ADCRR to provide a "gender confirmation surgery") the District Court of Idaho already addressed this issue in a similar case in 2019. (ADCRR's policy is outdated and in violation of the Ninth Circuit who affirmed the Idaho decision). The denial of my Hormones coupled with the physical pain of my 4 year back injury (not appropriately treated), constant harassment and threats from staff, and other issues raised in this instant complaint has caused me to contemplate suicide. I have at least 3 previous inpatient hospitalizations for actual making a suicide attempt. Plus have been placed on "watch" several times while in custody. Those "watches" are pure torture and I would rather just end the suffering Now! Another alarming detail is that prior to my cell assignment I overheard two staff making reference to

...Moore, I heard the Clearly speak the words, he's gonna learn really quick that He is not untouchable. I recognized the voice as originating from Ms. Chamberlin (accountability/count).

Shortly thereafter, I was assigned to cell with Inmate Mackey #277533. Mackey is a 28 year old Black Muslim who has been "down" 10 years on a murder rap (dropped from capital to 2nd Degree) He has a long history of violence, drug abuse, and other disruptive behavior while incarcerated. I week prior to my arrival he severly beat up his last "celly"- Jose, who is still on watch and refusing to have another "celly". His behavior points are in the high 40's (nearly a level 4). Homosexuality is out-lawed in 29 Muslim Countries (5 of which mandate a death sentence for the "offense".) Mackey is aware that I am transgender and it is extremely offensive to his religious beliefs, He will NOT allow me to "sit" while I urinate, puts restrictions on the frequency of my bowel movements (1 per day), and insist that I speak in a "deeper" voice. Often he will get upset and yell at me while threatening me with physical harm. He will then start to strike the walls with his fists. I am very scared that this behavior will escalate. The two of us have nothing in common that would trigger a "match" for classification purposes; ie age, crime, religion, race, education, points, behavior level etc.. Staff are only trying to "Set-up" an incident. Please help!

The above statements are true and correct and I swear to their accuracy under threat of perjury— so help me GOD!

Dated: 7/10/21

MADAM Jeffrey A. Moore #337243

ASPC- Eyman
Smu - 1
P.O. Box 4000
Florence, AZ 85132

⑦

## COUNT 1

1) 8th Amendment; ADA; 14th Amendment; 6th Amendment
2) Medical
3) FACTS: I was transferred from Huachuca Unit to Meadows (but not permitted to bring my medically prescribed cane) At Meadows I was unable to walk the significant distance from my dorm to the chow hall, Medical advised me that it would take about 14 days to order a new walker (they did not have any "loaners" available) My only option was to be placed in "SMU" during this interim, where food would be brought to the cell. A "State" yard (like SMU) does NOT honor the medical charts from a private Prison (like GEO). This has delayed the order of my walker. It also makes it so that I do NOT qualify for an ADA accessible cell or shower. When I protested staff retaliated by with-holding a mattress which forced me to sleep on an unsanitary steel plate. This caused an extremely painful fungus to develope on my body (currently being treated for). Because my mobility is severely limited I have to crawl on the floor to navigate the cell which further contributes to the spread of the fungus. There are no seats in the shower and pro-longed standing results in frequent falls with corresponding pain and bruises (verified by medical)

(10)

Staff have refused to provide me my
legal paperwork — which has sit in property
for the last 30 days. I have been refused
any legal calls--- they insist I have to
write my lawyers instead (but those addresses
are in property — which they will NOT release
to me!) SMU is a "discipline" unit so in
order to keep me here they issued me
a "MAJOR" ticket for <u>Refuse to House</u> and
dropped me from a Phase 3 to a 2! BUT
I did <u>NOT</u> refuse anything --- I just need my
walker! Conditions in SMU are extremely
harsh and atypical — even for prison life.
Inmates rarely get access to needed forms
like HNR's, Inmate letters, Banking, Grievances,
etc. Medical care is to the level of
criminal conduct. I still do <u>NOT</u> have
my hormones, no routine mental health
care etc... We are only provided 2
meals a day (1 hot and 1 cold). We can
shower or go outside 3 times a week.
There are <u>NO</u> religious services or programs
of any type. I believe that I am at
even more abuse than other inmates here
because of my Gender Identity, along with
my mental and physical disability. ADCRR
has "blocked" my phone access to the inmat

⑪

Ombudsman (to report staff retaliation), refused to provide indigent hygiene, and other essential services (even indigent letters so I could write my Dad or notifying the Transgender Committee that I need to speak to them.

4) Injury: Painful and rapidly spreading fungus, limited mobility (no access to my prescribed walker — which results in frequent falls), constant fear of bodily harm from a likely assault, continued pain from Nor receiving appropriate medical treatment, I am very suicidal.

5) SMU-1 does NOT pass out grievance forms, I have written the Warden, the Director, Mr. Shinn and the Inmate Ombudsman Kimberly Currier.

COUNT 2

⑫

## STATEMENT OF FACTS

\* Unconstitutional Conditions of Confinement In Violation of: Amendments 1, 4, 5, 6, 8, 9, 13, 14, 19 also state supplemental jurisdiction.

1) I was sentenced to ADCRR on July 17, 2019

2) Intake staff did not follow DO #810 and refer me to the "Transgender Committee"

3) Corizon Health did not honor my lower bunk order from county jail - due to documented seizures

4) When I pressed for Hormone therapy because of Gender Dysphoria, I was moved to a private prison not under Parson v. Ryans.

5) GEO also did not accommodate my lower bunk status. Sometime in August / Sept. of 2019 I had a seizure and fell off the top bunk. This resulted in MASSIVE bruising that persisted over many months (on file)

6) CCS would not adequately treat the pain which caused intense suffering and limited mobility. During the 1st year I gained 48 lbs from this lack of movement

7) GEO would not issue female undergarments even though I had a medical diagnosis and need for them.

8) The more I pressed for LGBT services - the more I was harassed by staff.

(13)

9) I received multiple disciplinary tickets - all of which were baseless (LaCross, Dennis, Lusk, Unknown,

10) The Hearings were held by a DHO who was employed with ADCRR. The Hearings would have no resemblence to "Due Process". I could not call witnesses, confront my accusser, see evidence, ask for an investigation ect... The central Appeals office was equally as unconstitutional.

11) The librarian (who smokes) forced me and several co-plaintiffs to rip up a proposed lawsuit to ban smoking. She threatened that people have been "beat down" for much less and said we would not be safe on this yard or anywhere in the State. This occurred in (2020)

12) Many staff would verbally abuse me because of my Gender Identity. They would try every means to provoke other inmates to assault me, ie. Ortiz incited hatred with the term "Fucking cry baby" (because on occassion I would cry - seen by some as a weakness), Bostick would shout "Tranny" at me and O'Malley would refer to our lunch group as "Punks" - a prison slang term for homosexuals (there is a significant number of inmates who violently oppose the LBGT community. Comments like these are dangerous!) All in 2020

13) Cpt. Johnson ordered me to rip up a complaint



I filed on one of his staff. When I refused he became very aggressive (shouting and putting his finger in my face). I was extremely scared but did not back down. After that frightening encounter staff began scratching hateful words on my locker, "fag, tranny, dick lover" etc... Unknown night guards would actually make similar posters of hate speech and tape them to my bunk area. Happened in 2020. (2020)

14) On one occassion I assisted inmate Burke with an appeal and the form required the name of his case manager. Not realizing it was a cardinal sin to use a staff's first name, I put "Jessica Fleming" — She was FURIOUS! She instructed gang member "A.W." to "slap the shit out of [me]". A.W took this order to mean on a daily basis until told to stop. Those vicious assaults went on for weeks and weeks. My bunkee commented that all those beatings were making my back condition much worse (he noticed my walk was significantly different)

15) In 2020 I filed a written letter to be moved off the yard because I did not feel safe. CO IV Cole denied that request without conducting any type of investigation.

16) In 2019-2020 nurse Perkins and unknown others forced me to take prescribed medications

against my will on multiple occassions. If taken too late at night I can't fall aspleep. They threatened me with "major" write-ups, forcing me onto a medical unit etc...

17) In January 2020 GEO stopped prescribing Gama-Pentin and Tramodol, (for pain) - to save money they switched patients to Cymbalta (a SSRI used for mental illness). People already taking an SSRI can't be on Cymbalta in addition because of Seritonine shock syndrome. Those patients would receive a "waiver" and continue on the Gamepentin and Tramadol. I take Paxil (an SSRI) for anxiety, depression, OCD - so I am not a canidate for Cymbalta. I have severe and debilitating pain but the only thing they will prescribe for me are "over the counter" medications like Mobic, Naproxen, and Ben Gay". Those are NOT sufficient. I began to complain about this total "indifference to my serious medical needs". On 8/28/20 Nurse Practicioner Coleman retaliated by sending me a Communique that advised she would no longer prescribe Mobic because of extremely rare side effects like Kidney failure, heart attack, and stroke (I am not at high risk for any of these) she goes on to advise "You may purchase pain relievers at store" --- She knows I'm indigent!



On 8/31/20 her colleague Dr. Colonna further retaliated with his own Communique which refused a renewal of my medical shoes (after having that prescription renewed by various doctors for 4 years) He also concludes with similar advice, "I recommend you purchase new shoes from the commissary at your first convenience." He also knows I am indigent!

18) A couple weeks later at triage, nurse Beason said in order to get pain meds I should sell my body. Other inmates heard that comment and it gives the appearance that it may be something I would do - which is false!

19) I came into ADCRR in July 2019 with a valid medical diagnosis of Gender Dysphoria - by Dr. Kalowoski, MD. In addition I participated in another evaluation by GEO (Dr. Westfield) who concurred with the previous diagnosis, as did Dr. Khilnani (Pyschologist) and Dr. Hamidi, Psychiatrist, MD) --- those two did not conduct a "formal" evaluation ~ but I am under their continued care and see them every few weeks. I have also been seen by Tanya Underwood (LMFT) yet not a single one of these providers would advocate for Hormone Theraphy ~ the universally recognized treatment for Gender Dysphoria. In



fact they took affirmative steps to block
medical treatment and even resisted GEO
having to provide female undergarments. In
addition to exacerbating my failing mental
health, not having hormone therapy has
caused strange and unusual body modifica-
tions; unequal breast, isolated deposits of
body fat etc...

20) In the summer of 2020 "Michigan" informed me
to "watch my back" because Officer Ruyg pulled
him to the side and said "now Moore's gonna
see the real me!" I knew my life was in
grave danger and went to the CO III office
for help. They called Sgt Hawthorne who re-
fused to tell Ruyg to "keep his hands off
[me]". Hawthorne took me to Lt. Fischer and
I was crying for protection. Fischer said
not to worry because Ruyg does this to
everyone --. "he's all bark and no bite." He
would not move me off the yard because
our numbers were low and he "needed to
keep the lights on". He couldn't put me in
CDU because he might need the space
for COVID cases.

21) In Sept. 2020, Officer Ruyg pressured me
into assisting him with insurance fraud. I
participated for several weeks and received



consideration in the form of games, food, writting supplies, ect... Too many people were finding out about our arrangement so I got scared and turned Ruyg into Agent Stahl (a certified police officer with the Inspector General's Office). Stahl's investigation was in-adequate - as he did not talk to any of the numerous witnesses.

22) In retaliation, Officer O'malley shouted that I was a "SNITCH" in front of more than a dozen inmates - of all different races. The "Heads" had to step in but some people still think I am a "SNITCH" and my life is in extreme danger! I told Stahl about this incident and provided a list of witnesses — but he did not investigate. I entered Protective Custody on 10/23/20 and remained until my release.

23) The "in-house" investigation into these matters were conducted by Gary, Ortega, Lusk, Baxter, and Gordanier. Not a single witness was contacted!

24) I spent over 7 months in CDU, where the conditions are both harsh and atypical. Guards, specifically Pierowskuski "loses" laundry for people he doesn't like (me), he and Lusk intentionally twist the cuffs into my skin (leaving a permaneant scar on my ankle. I have been

shorted a significant amout of recreation time, prevented from receiving adequate medical services, denied a proper diet, subject to poor ventalation/lighting, leaky toilet, limited cleaning supplies, substandard bedding, no religious services or educational programming ect.

25) Up until April 9, 2021 I was forced to "strip out" and walk to the shower in only "boy boxers" (leaving my chest completely exposed for male inmates to see and comment on with obscene rememkks!) Cole is the one who would not order the female undergarments

26) Since June 2016, Katie Hobbs has denied my right to suffrage. Hobbs has relied on an obscure and largely misunderstood passage in Section 2 of the Fourteenth Amendment— which allows a state to abridge the right to vote to male citizens over the age of twenty-one who fit the apparent criteria "for participation in rebellion, or other crime." A careful review of language patterns of that era clearly show this to be a present tense usage --- else the words "a previous" would be injected between the "in" and "rebellion". But even if the intent of Congress was to deny the franchise because of accussed conduct which fell to the outside of behavioral norms --- I was never guilty of "rebellion, or other crime"!!! In fact every year hundreds of



of falsely convicted individuals are exonerated from American prisons. Very conservative estimates put the total number of "actually innocent" prisoner at 20,000 (nation-wide). Ms. Hobbs nor anyone else has the ability to discern who those individuals are. Too, Ms. Hobbs has acted in complete disregard fo the Arizona Constitution, whose language in Art. 2 § 21 is absolute: "All elections shall be free and equal, and no power, civil or military, shall at any time interfere to prevent the free exercise of the right of suffrage." (emphasis - "any time" would include the "time-served" in lock-up). Nation-wide, more than 75 million citizens are banned from the polls because of a criminal conviction. How many of them, like me, are "actually innocent"- and yet were not fortunate enough to be granted post-conviction relief? Rehtorically I ask, could 75,000,000 votes sway an election??? A truthful answer now puts this Honorable Court under solemn obligation to protect our franchise!

27) For sake of brevity (so as not to exceed page limit), I incorporate by reference all claims raised in my various filings from 2019-2021... unless the Court orders otherwise. These include ADA violations, improper clothing for weather, lack of jobs, programming, education, and rehab, staff aggressively blocking my access to

the grievance system, unreasonable searches (for the purpose of harassment), inadequate hydration, and access to recreation equipment (that does not have instructions or safety precautions), essentially a "lottery" system when it comes to housing assignments (which has put me at great risk) etc...

28) Government recommendations AND correctional standards call for the consumption of 3 nutritional meals per day. For "administrative convenience" ADCRR serves only 2 "enhanced meals" on the weekends - using the argument that the total daily calories is unaffected. This illogical statement fails! Overeating and then skipping meals has been proven to cause significant health consequences. It slows the metabolism for up to 48 hours and causes the body to "store" fat. To make matters even worse, GEO serves the "Dinner Sacks" along with the "Hot Tray"... with instructions to consume the meat before spoilage. Essentially, this forces an inmate to binge eat. This is why inmates actually gain weight even though ADCRR serves a diet that is over 600 calories deficit each day! This results in obesity, elevated blood pressure, risk of heart attack and stroke. Further, because of this maliciously induced hunger - many inmates have resorted to smoking (which some claim will suppress a person's appetite). This results

in needless deaths from cancer (to both smokers and non-smokers) as well as massive health care related expenses. Many of these "prison smokers" never had the habit before coming to ADCRR --- in fact smoking is banned at EVERY county jail... so inmates would have been clean for many months or years before entering ADCRR. Further, inmates are also forced to purchase "processed" foods from the store - which contain "empty-calories" and also lead to weight gain and other health complications. The Court should note that the food provider Trinity and the Commissary Provider Keefe share a Parent Corporation - which makes this unhealthy and dangerous practice very suspect. Also, pursuant to A.R.S. the Department receives a considerable "Kickback" from the sale of Keefe goods - which might provide incentive for ADCRR to "overlook" this.

29) In October, 2020 I was placed on Protective Custody and housed in "CDU." Because of my physical disability I was assigned a handicap cell (5-F-01L) Even though I was not on any kind of disciplinary status, Sgt Lusk required that I be handcuffed behind my back any time I left the cell (showers, recreation, phone calls etc...) I have a "Special Needs Order" (SNO) for the use of a cane. Not only is being cuffed in the rear



extremely painful but it prevents me from using my cane. This lead to repeated falls and permanent damage to my body. I filed a written request to be placed with handcuffs in the front so as to accomadate my disability. Sgt. Lusk then took my cane and said "Looks like you don't have a cane- you can be cuffed in the back!" After many months, the Ombudsman (Kimberly Currie) was able to negotiate for the return of my cane (5/21), however, Lusk placed it right outside my cell. I had to cuff up (behind my back) prior to leaving the cell. When the door opened I couldn't grab the cane because of my hand position. The guards consider this a refusal to use my cane, so it just sits there - Unused! *Note: I complained quite regularly so in November of 2020, Tyler reassigned me to a non-handicap cell (which has lead to further injuries.

30) The accrediting body(s) who monitors the prison and health care operations would know or have reason to know (should have) that all these violations were occurring because they are systemic. It is as if, (for a fee), they give the rubber stamp of "approval" for this place to continue to transgress the Constitutional rights of prisoners --- that is criminal!!! and MUST STOP.

(24)

COUNT 3

## STATEMENT OF FACTS

* Private property taken for public use (no compensation)
In violation of: 5th Amendment (takings clause); Pub.
L. No. 111-115, 123 stat. 3029 (2009); 42 U.S.C.A.
§ 402 (x) (2015). See, Peeler v. Heckler, 781 F.2d
649, 652-53, 12 Soc. Sec. Rep. Serv. 165, Unempl.
Ins. Rep. (CCH) p. 16536, 86 A.L.R. Fed. 737 (8th
Cir. 1986); Graves v. Heckler, 607 F. Supp. 1186,
9 Soc. Sec. Rep. Serv. 839, Unempl. Ins. Rep.
(CCH) p. 16193 (D.D.C 1985); Fowlkes v. Thomas,
667 F. 3d 270, Unempl. Ins. Rep. (CCH) p.
15019C (2d Cir. 2012)

1) I have had gainful employment and paid
taxes since 1989.

2) I have a "Serious Mental Illness" that
rendered me completely disabled in 2012 (*Find
ing made by Federal Administrative Law
Judge)

3) Because of my accrued work credits over
a long period of time, I was eligible
for SSDI benefits.

4) I was arrested on 06/21/16 and my
benefits were unlawfully with-held begining
two months later.

5) I was NOT sentenced for three years,
but the funds remained unlawfully siezed
by the U.S. Government.

6) On July 17, 2019 I was sentenced to

(25)

20 years and sent to a sex-offend-er treatment facility operated by a private corporation (in conjunction with ADCRR)

7) Prior to 1980, Prisoners continued to re-ceive their Entitlements. The "tough on Crime crew" quashed that Constitutional Right, but showed a glimmer of com-passion with the caveat that a Prisoner undergoing "treatment" would con-tinue to receive the benefit. Since the 1980's the morals of society have slowly evolved in respect to the treat-ment of prisoners. The focus is now on education, job skills, mental health, and other "programming". Many jurisdictions including Arizona, have even modified the traditional "DOC" to now include "Rehabilitation and Re-Entry". A Primary purpose of incarceration is now "treatment". As such the out dated laws of the 1980's must now be abolished as unconstitutional.

INJURY: After my initial arrest I posted a $10K bond - which was unlawfully increased to $25K. Because the U.S. Government illigally seized my funds and discontinued its obligations I was unable

(26)

to secure a pre-trial release and retain
private counsel, as was my desire. I
was forced to endure the brutal conditions
of confinement which included both physical
and sexual assaults. My mental health
severely decompensated. I could not afford
simple hygiene products or necessary med-
ications. My petitions to the Government
were dismissed because I could not
pay an upfront processing/filing fee.
RELIEF: Certification as a "CLASS", appoint-
ment of counsel, a preliminary injunction,
a jury trial, both compensatory and
exceptional damages, ALL costs associated
with this action, ANY other relief that
this Honorable Court deems proper and just.
I swear/affirm that the foregoing state-
ments are true and correct under threat
of perjury - so help me GOD!
Signed this 13 Day of July 2021

                    Respectfully submitted,

         "MADDI" Jeffrey Aaron Moore,
                                          #332243

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Appointment of "guardian ad litem", preliminary injunction, a jury trial, compensatory and punitive damages, all costs associated with this action. Any other relief this Honorable Court deems proper, just, and equitable.

I declare under penalty of perjury that the foregoing is true and correct. CVCCVddV-2CV1-VCV--

Executed on ___7/13/21___

DATE

SIGNATURE OF PLAINTIFF

N/A

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Attached