# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Aaron Moore,<br><br>      Plaintiff,<br><br>v.<br><br>Jeff Wrigley, et al.,<br><br>      Defendants. | NO. CV-21-08159-PCT-DLR (MTM)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 6, 2022, judgment is hereby entered and this case is dismissed without prejudice.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

January 6, 2022

                                        s/ S. Strong
                                By   Deputy Clerk